John H. Scott, SBN 72578
Lizabeth N. de Vries, SBN 227215
**SCOTT LAW FIRM**
1388 Sutter Street, Suite 715
San Francisco, California 94109
Telephone: (415) 561-9601
Facsimile:  (415) 561-9609
john@scottlawfirm.net
liza@scottlawfirm.net

Izaak D. Schwaiger, SBN 267888
Adams Fietz
1510 4th Street
Santa Rosa, CA  95404
Telephone: (707) 999-9999
Facsimile: (707) 595-4473
E-mail: Izaak@adamsfietz.com

Attorneys for the Plaintiff
ESA WROTH

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESA WROTH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF SONOMA, STEVE FREITAS, BRIAN GALLOWAY, SCOTT RIVERS, EDUARDO ESPINO, FRANCISCO FLORES, MICHAEL SKINNER, and DOES 1-25, inclusive.<br><br>　　　　　Defendants. | Case No.<br><br>**COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF**<br><br>**[UNDER 42 U.S.C. §§ 1983, 1988]**<br><br>*JURY TRIAL DEMAND* |

COMES NOW PLAINTIFF, Esa Wroth who complains of defendants, and each of them, and alleges as follows:

**JURISDICTION & VENUE**

1. This action is brought pursuant to 42 U.S.C. §§ 1983 and the Fourth and Fourteenth Amendments to the United States Constitution. Jurisdiction is based upon 28 U.S.C. §§ 1331 and 1343.

2. The claims alleged herein arose in the County of Sonoma in the State of California. Venue for this action lies in the United States District Court for the Northern District of California under 28 U.S.C. §1391(b)(2).

**PARTIES**

3. Plaintiff Esa Wroth (hereinafter "Wroth" or "plaintiff") is a resident of Sonoma County, California.

4. Defendant County of Sonoma is a public entity situated in the State of California and organized under the laws of the State of California.

5. At all relevant times, defendant Steve Freitas, Sheriff of Sonoma County, was an elected official employed by the County of Sonoma.

6. At all relevant times, defendant Brian Galloway was a correctional officer and employee of the County of Sonoma.

7. At all relevant times, defendant Scott Rivers was a correctional officer and employee of the County of Sonoma.

8. At all relevant times, defendant Eduardo Espino was a correctional officer and employee of the County of Sonoma.

9. At all relevant times, defendant Francisco Flores was a correctional officer and employee of the County of Sonoma.

10. At all relevant times, defendant Michael Skinner was a correctional officer and employee of the County of Sonoma.

11. The true names and capacities, whether individual, corporate, associate or otherwise, of defendants Does 1 through 25 inclusive, are unknown to the plaintiff, who therefore

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

sues said defendants by such fictitious names. Defendants DOES 1 through 25, and each of them, were responsible in some manner for the injuries and damages alleged herein. Plaintiff is informed and believes and thereupon alleges upon information and belief that each of them is responsible, in some manner, for the injuries and damages alleged herein.

12. In doing the acts and/or omissions alleged herein, the defendants, including DOES 1 through 25, acted in concert with each of said other defendants herein.

13. At all times during the incident, the defendants acted under color of state law in the course and scope of their duties as agents and employees of the County of Sonoma.

14. Defendants' conduct was authorized, encouraged, condoned and ratified by the County of Sonoma.

**STATEMENT OF FACTS**

15. On January 2, 2013 plaintiff was arrested for a DUI and transported to the Sonoma County Jail in handcuffs and without incident. During the booking process plaintiff's head was knocked against a concrete wall, and his body thrown to the concrete floor while plaintiff's hands were cuffed behind his back. Plaintiff was then punched and kicked as he lay on the ground. What happened next was recorded in a video that is be submitted as Exhibit A and incorporated herein by reference. Defendants Gallloway, Rivers, Espino, Flores and Skinner collectively, and acting in concert, proceeded to wrench the plaintiffs arms out of their sockets, and knee him in the face, as he lay face down and handcuffed. The plaintiff was also subjected to additional torture by being Tased over twenty (20) times. This was done for the purpose of causing pain and serious injury unrelated to any legitimate law enforcement purpose.

16. As a result of the defendants' acts, Plaintiff was knocked unconscious and suffered bruises, lacerations, abrasions, puncture wounds, swelling and burns to his body. Two Taser barbs became impacted in his body and had to be surgically removed. His body is covered in scars from the multiple Taser deployments, his shoulders now regularly become dislocated, and he suffers permanent nerve damage in both of his hands.

17. Defendant Steve Freitas encouraged the conduct alleged herein through the training and supervision of his subordinates including a failure to investigate, or a failure to

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

impartially investigate and discipline, his jail staff when they abused and injured citizens without legal cause. Sheriff Freitas also condoned and ratified the conduct alleged herein as the final decision maker and policy maker for the County of Sonoma.

**STATEMENT OF DAMAGES**

18. As a result of the acts and/or omissions alleged herein, plaintiff suffered general damages including pain, fear, anxiety, and humiliation in an amount to be determined according to proof.

19. Plaintiff sustained serious physical injuries and has also incurred and may continue to incur medical treatment and related expenses in amounts to be determined according to proof.

20. As a result of the acts and omissions alleged herein, the plaintiff has sustained and will continue to sustain lost earnings and earning capacity. In addition, plaintiff has suffered and will continue to suffer damage to his reputation in an amount to be determined according to proof.

21. The acts and omissions of the individual defendants were willful, wanton, reckless, malicious, oppressive and/or done with a conscious or reckless disregard for the rights of plaintiff. Plaintiff therefore prays for an award of punitive and exemplary damages against these individual defendants according to proof.

22. Plaintiff has retained private counsel to represent him in this matter and is entitled to an award of attorneys' fees and costs.

**CAUSES OF ACTION**
**FIRST CAUSE OF ACTION**
[42 U.S.C. §1983 –FOURTH AMENDMENT]

23. Plaintiff hereby alleges and incorporates by reference as though fully set forth herein all prior paragraphs of this Complaint.

24. Defendants jointly and severally violated the plaintiff's clearly-established right to be free from the intentional and unreasonable use of excessive force as guaranteed by the Fourth Amendment to the United States Constitution. Under all the circumstances presented at the booking area January 2, 2013, an objectively reasonable officer would have known that the use of

- 4 -

force, including a Taser, upon the plaintiff was excessive and could have led to serious injury and/or death.

25. Defendants acted willfully, wantonly, maliciously, oppressively, and with conscious disregard to the plaintiff's rights.

26. Defendants' misconduct was the moving force that caused plaintiff's injuries.

WHEREFORE, plaintiff prays for relief as hereinafter set forth.

### SECOND CAUSE OF ACTION
[42 U.S.C. §1983 – FOURTEENTH AMENDMENT]

27. Plaintiff hereby re-alleges and incorporates by reference as though fully set forth herein all prior paragraphs of this Complaint.

28. In doing the acts and/or omissions alleged herein, the defendants were deliberately indifferent to plaintiff's health and safety in violation of the Fourteenth Amendment to the United States Constitution. In addition, these defendants acted with a purpose to harm the plaintiff, unrelated to any legitimate police purpose.

29. Defendants acted willfully, wantonly, maliciously, oppressively, and with conscious disregard to the plaintiff's rights.

30. Defendants' misconduct was the moving force that caused plaintiff's injuries.

WHEREFORE, plaintiff prays for relief as hereinafter set forth.

### THIRD CAUSE OF ACTION
[42 U.S.C. §1983 – TRAINING, POLICIES/CUSTOMS, DELIBERATE INDIFFERENCE]

31. Plaintiff hereby re-alleges and incorporates by reference as though fully set forth herein all prior paragraphs of this Complaint.

32. The acts or omissions alleged herein regarding the use of excessive force were, upon information and belief, caused by (1) inadequate training, supervision, and discipline of officers by Steve Freitas and the County of Sonoma and/or (2) official policies, practices or customs of the County of Sonoma regarding the use of force, including the use of Tasers; and/or (3) the deliberate indifference of the County of Sonoma to the use of excessive force.

33. Plaintiff alleges on information and belief that the County of Sonoma and Steve Freitas knew or should have known that its acts and omissions would likely result in a violation of the Fourth and Fourteenth Amendment rights of a person in plaintiff's situation.

34. Upon information and belief, plaintiff alleges that defendant County of Sonoma's acts and omissions were the moving force that caused plaintiff's injuries.

WHEREFORE, plaintiff prays for relief as hereinafter set forth.

**FOURTH CAUSE OF ACTION**
[42 U.S.C. §1983 – RATIFICATION]

35. Plaintiff hereby re-alleges and incorporates by reference as though fully set forth herein all prior paragraphs of this Complaint.

36. The acts or omissions alleged herein regarding the use of excessive force, upon information and belief, were ratified by defendant Steve Freitas. He had final policymaking authority for the County of Sonoma. He knew of and specifically approved of the acts alleged herein.

WHEREFORE, plaintiff prays for relief as hereinafter set forth.

**PRAYER FOR RELIEF**

Plaintiff prays for relief as follows:

1. For compensatory and economic damages according to proof;
2. For general damages according to proof;
3. For an award of exemplary or punitive damages against the individual defendants;
4. For an award of attorney's fees and costs as permitted by law;
5. For injunctive relief designed to remedy the unlawful practices alleged herein; and
6. For such other and further relief as the Court may deem necessary and appropriate.

**JURY TRIAL DEMANDED**

Plaintiff hereby requests a jury trial on all issues so triable.

Dated:  December 18, 2014                                             **SCOTT LAW FIRM**


                                                                      By: /s/ John Houston Scott
                                                                           John Houston Scott
                                                                           Attorneys for Plaintiff