IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESA WROTH, | No. C-14-5519 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| COUNTY OF SONOMA, et al., | |
| Defendant. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER STATUS CONFERENCE is set for August 21, 2015 at 3:00 p.m.
Counsel *must* file a joint status conference statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is September 11, 2015 .

DESIGNATION OF EXPERTS: September 25, 2015 ; REBUTTAL: October 9, 2015 .
     Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is November 6, 2015 .

DISPOSITIVE MOTIONS **SHALL** be filed by November 6, 2015.

     Opp. Due November 20, 2015 ;  Reply Due November 30, 2015;

     and set for hearing no later than December 11, 2015  at 9:00 AM.

PRETRIAL CONFERENCE DATE: March 1, 2016  at 3:30 PM.

JURY TRIAL DATE: March 14, 2016  at 8:30 AM.,
     Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be  8  days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

This case is referred to Magistrate Judge Laurel Beeler for a settlement conference to be held in the first half of August 2015 - parties are available on August 14, 2015.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: April 24, 2015

_____
SUSAN ILLSTON
United States District Judge