John H. Scott, SBN 72578
Lizbeth N. de Vries, SBN 227215
**SCOTT LAW FIRM**
1388 Sutter Street, Suite 715
San Francisco, California 94109
Telephone: (415) 561-9601
Facsimile:  (415) 561-9609
john@scottlawfirm.net
liza@scottlawfirm.net

Izaak D. Schwaiger, SBN 267888
527 Mendocino Avenue Ste. B
Santa Rosa, CA 95401
Tel. (707) 595-4414
Facsimile: (707) 595-4473
E-mail: izaak@izaakschwaiger.com

Attorneys for the Plaintiff
ESA WROTH

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ESA WROTH,<br><br>                    Plaintiff,<br><br>         v.<br><br>COUNTY OF SONOMA, STEVE FREITAS, BRIAN GALLOWAY, SCOTT RIVERS, EDUARDO ESPINO, FRANCISCO FLORES, MICHAEL SKINNER, and DOES 1-25, inclusive.<br><br>                    Defendants. | Case No. CV-14-05519 SI<br><br>**STIPULATION AND [PROPOSED] ORDER AMENDING EXPERT DISCLOSURES AND REBUTTAL CUT-OFF DEADLINES** |

1   Plaintiff, ESA WROTH, by and through the undersigned attorney of record, and
2   defendants, COUNTY OF SONOMA, STEVE FREITAS, BRIAN GALLOWAY, SCOTT
3   RIVERS, EDUARDO ESPINO, FRANCISCO FLORES, and MICHAEL SKINNER, by and
4   through their undersigned attorneys of record, hereby stipulate and request this Court to amend
5   Judge's Illston's Minute Order in this case e-filed as Dkt. 46 on October 13, 2015, as follows:

6   1.   In the above-referenced MINUTE ORDER the following deadlines were set
7   regarding expert disclosures and expert rebuttal disclosures:

   a. Expert Disclosures – November 20, 2015
   b. Expert Rebuttals – November 30, 2015

2.   The parties have delayed conducting some necessary discovery until after the upcoming Settlement Conference before Magistrate Judge Beeler scheduled for November 20, 2015.  The trial date is March 15, 2016 and this extension should not have an impact on other dates.  Accordingly, the parties stipulate and request that this Court amend the Expert Disclosure and Expert Rebuttal deadlines to be as follows:

   a. Expert Disclosures – January 5, 2016
   b. Expert Rebuttals – January 15, 2016

**IT IS SO STIPULATED.**

Dated: October 23, 2015          **SCOTT LAW FIRM**

                                 By: /s/ John Houston Scott
                                 John Houston Scott
                                 Attorney for Plaintiff ESA WROTH


Dated:  October 23, 2015         **BERTRAND, FOX, ELLIOT, OSMAN & WENZEL**


                                 By: /s/ Richard Osman
                                 Richard Osman, Attorney for Defendants COUNTY
                                 OF SONOMA, STEVE FREITAS, BRIAN
                                 GALLOWAY, SCOTT RIVERS, EDUARDO
                                 ESPINO, FRANCISCO FLORES, and MICHAEL
                                 SKINNER

1 **PURSUANT TO STIPULATION, IT IS SO ORDERED**.

DATED: _____    _____
                                  THE HON. SUSAN ILLSTON
                                  United States District Judge