1  John H. Scott, SBN 72578
   Lizbeth N. de Vries, SBN 227215
2  **SCOTT LAW FIRM**
   1388 Sutter Street, Suite 715
3  San Francisco, California 94109
   Telephone: (415) 561-9601
4  Facsimile:  (415) 561-9609
   john@scottlawfirm.net
5  liza@scottlawfirm.net

6  Izaak D. Schwaiger, SBN 267888
   527 Mendocino Avenue Ste. B
7  Santa Rosa, CA 95401
   Tel. (707) 595-4414
8  Facsimile: (707) 595-4473
   E-mail: izaak@izaakschwaiger.com
9

10 Attorneys for the Plaintiff
   ESA WROTH
11

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| ESA WROTH, | Case No.  CV-14-05519 SI |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER RE VOLUNTARY DISMISSAL WITH PREJUDICE** |
| COUNTY OF SONOMA, STEVE FREITAS, BRIAN GALLOWAY, SCOTT RIVERS, EDUARDO ESPINO, FRANCISCO FLORES, MICHAEL SKINNER, and DOES 1-25, inclusive. | |
| Defendants. | |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure and the Settlement Agreement and Mutual Release executed by and between the parties identified herein, the undersigned, counsel of record for plaintiff ESA WROTH, and defendants COUNTY OF SONOMA, STEVE FREITAS, BRIAN GALLOWAY, SCOTT RIVERS, EDUARDO ESPINO, FRANCISCO FLORES, and MICHAEL SKINNER, respectively, do hereby agree and stipulate that the above-captioned case be dismissed, in its entirety and with prejudice, as to all defendants. Each party shall bear their own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Dated: February 1, 2016              Respectfully submitted,

**SCOTT LAW FIRM**

By: /s/John Houston Scott_____
   John Houston Scott
   Attorney for Plaintiff ESA WROTH

DATED: February 1, 2016              **BERTRAND, FOX, ELLIOT, OSMAN & WENZEL**

By: /s/Richard W. Osman_____
   Richard W. Osman
   Attorney for Defendants COUNTY OF
   SONOMA, STEVE FREITAS, BRIAN
   GALLOWAY, SCOTT RIVERS, EDUARDO
   ESPINO, FRANCISCO FLORES and
   MICHAEL SKINNER

**[PROPOSED] ORDER**

Pursuant to the parties' STIPULATION OF DISMISSAL set forth above, the Court hereby orders that:

1. The above-captioned case be dismissed, in its entirety and with prejudice.
2. Each party shall bear their own attorneys' fees and costs.

Dated: 2/2/16                     _____
                                  THE HONORABLE SUSAN ILLSTON
                                  United States District Court Judge